Paul Cain 68956
WNMCF G4-119
P.O. Drawer 250
Grants, NM 87020
January 31, 2024

Mr. Jerry H. Ritter, JR
United States District Court
333 Lomas Blvd, NE
Albuquerque, NM 87102

Re: Censorship

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 07 2024

MITCHELL R. ELFERS
CLERK

CV 24-121

Dear Honorable Ritter,

    We go back a long ways, 2007 to be exact. I need your help. My Mail is being censored, I have mailed out several letters that have not reached their intended Recipients. I know it includes Legal Mail clearly marked as legal mail, Legal Correspondence and privileged correspondence.
    I also know who has ordered that my mail be censored. I don't know if you will receive this but I need help.

Respectfully Yours,
Paul Cain

Peter Lucero 81162
WNMCF
PO Drawer 250
Grants, NM 87020

Legal Mail

Legal Mail

Mr. Jerry H. R. Her Jr.
633 United States District Court
Lomas Blvd. NE
Albuquerque, NM 87102

Legal Mail

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 0 5 2024
MITCHELL R. ELFERS
CLERK

quadient
FIRST-CLASS MAIL
IMI
$000.64
02/01/2024 ZIP 87020
043M31227154
US POSTAGE